# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　Plaintiff,<br><br>　v.<br><br>STEPHEN J. HECK, in individual and representative capacity as trustee; GRANTLAND HECK, in individual and representative capacity as trustee; MARSHALL AUTO, INC., a California Corporation; and Does 1-10,<br><br>　　　Defendants. | Case: 2:17-CV-02513-MCE-KJN<br><br>**ORDER** |

## ORDER

Defendant STEPHEN J. HECK, in individual and representative capacity as trustee, is hereby ordered dismissed without prejudice.

IT IS SO ORDERED.

Dated: January 22, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1