CREGGER & CHALFANT LLP
THOMAS A. CREGGER, SBN 124402
701 University Avenue, Suite 110
Sacramento, CA 95825
Phone: 916.426-1889
Fax:  916.443-2124

Attorney for Defendants
Stephen J. Heck, (deceased), individually and as
Trustee of the Stephen J. Heck and Colleen Heck
Revocable Trust; Grantland Heck, individually and
as Trustee of the Stephen J. Heck and Colleen Heck
Revocable Trust; Marshall Auto, Inc.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **Scott Johnson,**<br><br>    **Plaintiff,**<br><br>  vs.<br><br>**Stephen J. Heck, (deceased), individually and as Trustee of the Stephen J. Heck and Colleen Heck Revocable Trust; Grantland Heck, individually and as Trustee of the Stephen J. Heck and Colleen Heck Revocable Trust; Marshall Auto, Inc., a California corporation; and Does 1-10,**<br><br>    **Defendants**. | **CASE NO.: 2:17-cv-02513-MCE-KJN**<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE AN ANSWER TO INITIAL COMPLAINT BY NOT MORE THAN 28 DAYS (L.R. 144(a))**<br><br>**Complaint Filed:** November 30, 2017<br>**Complaint Served:** December 15, 2017<br>**Current Response Date:** January 16, 2018<br>**New Response Date:** February 9, 2018<br><br>**Trial Date:** N/A<br>**District Judge**: Morrison C. England, Jr. |

**STIPULATION AND REQUEST TO EXTEND TIME TO**
**FILE AN ANSWER TO INITIAL COMPLAINT**

Plaintiff Scott Johnson, ("Plaintiff") and Defendants Stephen J. Heck, (deceased), individually and as Trustee of the Stephen J. Heck and Colleen Heck Revocable Trust, Grantland Heck, individually and as Trustee of the Stephen J. Heck and Colleen Heck Revocable Trust, and Marshall Auto, Inc. (collectively "Defendants"), jointly stipulate to extend the time for Defendants to file an answer to the initial complaint from January 16, 2018 to February 9, 2018.

/ / /

/ / /

**IT IS SO STIPULATED.**

                                                           Respectfully submitted,

DATE: January 12, 2018           CREGGER & CHALFANT LLP

                                                       _/s/ *Thomas A. Cregger*
                                                       THOMAS A. CREGGER
                                                       Attorney for Defendants
                                                       Stephen J. Heck, (deceased), individually and as Trustee of the Stephen J. Heck and Colleen Heck Revocable Trust; Grantland Heck, individually and as Trustee of the Stephen J. Heck and Colleen Heck Revocable Trust; Marshall Auto, Inc.,

DATE: January 12, 2018           CENTER FOR DISABILITY ACCESS

                                                       */s/ Phyl Grace*_____
                                                       PHYL GRACE. SBN 171771
                                                       Attorney for Plaintiff
                                                       Scott Johnson

## **ORDER**

Pursuant to the stipulation of the parties, and good cause appearing, the deadline by which Defendants shall file an answer to the initial complaint is hereby extended from January 16, 2018, to **February 9, 2018**.

IT IS SO ORDERED.

**Dated: January 22, 2018**

                                                                                  MORRISON C. ENGLAND, JR
                                                                                  UNITED STATES DISTRICT JUDGE

**SIGNATURE ATTESTATION**

I hereby attest that all signatures listed above, on whose behalf this Stipulation is submitted, concur in the filing's content and have authorized the filing.

DATE: January 12, 2018          CREGGER & CHALFANT LLP

By: /s/ *Thomas A. Cregger*
THOMAS A. CREGGER
Attorney for Defendants