UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br>　v.<br><br>STEPHEN J. HECK, in individual and representative capacity as trustee; GRANTLAND HECK, in individual and representative capacity as trustee; MARSHALL AUTO, INC., a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:17-CV-02513-MCE-KJN<br><br>**ORDER** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and the parties' Stipulation (ECF No. 19), this action is hereby ordered DISMISSED with prejudice, each party to bear their own attorneys' fees and costs. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: January 9, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE